186 F.2d 717
 UNITED STATES of America ex rel. Francesco MASTRAPASQUA,
Relator-Appellant,
v.
Edward J. SHAUGHNESSY, District Director of
Relator-Appellant,
v.
Edward J. SHAUGHNESSY, District Director of Immigration and
Naturalization, Respondent-Appellee.
 No. 192, Docket 21951.
 United States Court of Appeals Second Circuit.
 Feb. 15, 1951.
 
 Charles Graff, New York City, for relator-appellant.
 Irving H. Saypol, U.S. Atty., New York City (William J. Sexton, Asst. United States Atty., New York City, of counsel), for respondent-appellee.
 PER CURIAM.
 
 
 1
 Order affirmed in open court.